UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL NAVARRO,

                              Plaintiff,

              -against-

NEW YORK POLICE DETECTIVE
CARROLL, et al.,

                              Defendants.

23cv6657(LTS)

CIVIL JUDGMENT

For the reasons stated in the April 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 22, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge